UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :    ORDER
:
            -v.-                 :    S1 22 Cr. 518
:
OLEG VLADIMIROVICH DERIPASKA,    :
 a/k/a "Oleg Mukhamedshin,"      :
OLGA SHRIKI,                     :
NATALIA MIKHAYLOVNA BARDAKOVA,   :
 a/k/a "Natalya Mikhaylovna Bardakova," :
and                              :
EKATERINA OLEGOVNA VORONINA,     :
 a/k/a "Ekaterina Lobanova,"     :
:
            Defendants.          :
:
- - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the United States of America requesting an order of the Court directing the unsealing and docketing of: the S1 Superseding Indictment in this case (the "S1 Indictment"), and related charging paperwork;

IT IS HEREBY ORDERED that the following documents be unsealed and docketed: the S1 Indictment and related charging paperwork.

SO ORDERED:

Dated:   New York, New York
         September 29, 2022

                         _____
                         JAMES L. COTT
                         United States District Judge
                         Southern District of New York