AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-cr-518 |
| Olga Shriki, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Olga Shriki                                                                                                                  .

Date:  October 4, 2022

*J. Bruce Maffeo*
*Attorney's signature*

J. Bruce Maffeo (1673458)
*Printed name and bar number*
Cozen O'Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
*Address*

Jbmaffeo@cozen.com
*E-mail address*

(212) 883-4951
*Telephone number*

(917) 521-5866
*FAX number*