AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 22-cr-00518 |
| Deripaska, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oleg Deripaska                                                                                          .

Date:     10/06/2022

_____
*Attorney's signature*

Michael Parker -- 5164280
*Printed name and bar number*

655 15th St., NW
Suite 420
Washington, D.C. 20005

*Address*

parker@falawpc.com
*E-mail address*

(202) 280-6370
*Telephone number*

(877) 448-4885
*FAX number*