UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                         22-cr-518 (PKC)

        -against-                                              ORDER

OLGA SHRIKI,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The arraignment scheduled for October 26, 2022, is adjourned to November 2, 2022, at 12 p.m.

        SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
           October 24, 2022