

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *United States v. Olga Shriki*, S1 22 Cr. 518 (PKC)

Dear Judge Castel:

The Government writes to submit the attached proposed protective order pertaining to the Government's production of discovery material in this matter, and respectfully requests that the Court enter the proposed protective order. The defendant and her counsel have consented to the entry of this protective order, as indicated by their signatures on the signature page. The Government anticipates beginning the production of discovery to the defendant prior to the initial conference in this matter, currently scheduled for November 15, 2022 at 3 p.m. The Government will be prepared to discuss the status of discovery, among other matters, at the upcoming conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Anden Chow / Vladislav Vainberg
Assistant United States Attorneys
(212) 637-2348 / 1029