UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 22 Cr. 00518 (PKC) |
| ) | |
| OLEG DERIPASKA, *et al.* ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Erich C. Ferrari, hereby move this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Oleg Deripaska in the above captioned matter.

I certify that I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 28, 2022

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari
Ferrari & Associates
655 15th St., NW
Suite 420
Washington, DC 20005
Tel: (202) 280-6370
Fax: (877) 448-4885
ferrari@falawpc.com

*Counsel for Oleg Deripaska*

**CERTIFICATE OF SERVICE**

      I, Erich C. Ferrari, do hereby certify that on this the 28th day of October 2022, a true and correct copy of this Motion for Admission Pro Hac Vice was filed electronically and sent to all parties via the CM/ECF system.

/s/ Erich C. Ferrari
Erich C. Ferrari

*Counsel for Oleg Deripaska*