UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
v. ) 22 Cr. 00518 (PKC)
)
OLEG DERIPASKA, *et al.* )

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Erich C. Ferrari for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member of good standing of the District of Columbia bar; and that his contact information is as follows:

Erich C. Ferrari
Ferrari & Associates
655 15th St., NW
Suite 420
Washington, D.C. 20005
Tel: (202) 280-6370
Fax: (877) 448-4885
ferrari@falawpc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Oleg Deripaska in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: XXXXXX XX, XXXX
November 1, 2022

_____
P. Kevin Castel, United States District Judge
Southern District of New York