

June 9, 2023

**J. Bruce Maffeo**
Direct Phone   212-883-4951
Direct Fax       917-521-5866
jbmaffeo@cozen.com

<u>VIA ECF</u>

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

**Re:    U.S. v. Deripaska, et al.,  22-CR-518 (PKC)**

Dear Judge Castel:

I represent the defendant Olga Shriki in the above-referenced matter and write, with the consent of the government, to request that the Court adjourn next week's status conferences in order to allow the parties to conclude discussions regarding a potential disposition of the matter.  We, of course, will notify the Court of the outcome of those discussions, pending which the defendant agrees to the exclusion of time between next week's conference and the next scheduled court date from the Speedy Trial calculation.

Your Honor's courtesy in considering this application is appreciated.


Respectfully Submitted,

COZEN O'CONNOR

         /S/

J. BRUCE MAFFEO

JM

Cc: AUSA Vladislav Vainberg (via ECF)
     AUSA Anden Chow (via ECF)