UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                              22 CR 518 (PKC)

         -against-                                   ORDER

OLEG VLADIMIROVICH DERIPASKA, et al.,

                  Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the status conference previously scheduled for June 15, 2023 is adjourned until October 12, 2023 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue discussions regarding a potential disposition of the matter. Accordingly, the time between today and October 12, 2023 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       June 14, 2023