# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )     22 Cr. 00518 (PKC) |
| OLEG DERIPASKA, *et al.* | )<br>)<br>) |

## DECLARATION OF MICHAEL PARKER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT OLEG DERIPASKA

I, Michael Parker, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I filed my appearance in this matter on October 6, 2022.

2. On October 13, 2023, I left Ferrari & Associates to work at another firm. All of my responsibilities in the instant matter have been transferred to other attorneys at Ferrari & Associates.

3. In my new position, I will no longer be responsible for litigating this case on behalf of Defendant Oleg Deripaska.

4. Given the posture of this case and the fact that Erich C. Ferrari remains counsel of record in this matter, my withdrawal will not impact the case.

5. Mr. Deripaska does not object to this request to withdraw as counsel.

Dated: October 27, 2023

                                                                                                    /s/ Michael Parker
                                                                                                     Michael Parker