**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     22 Cr. 00518 (PKC) |
| | ) |
| OLEG DERIPASKA, *et al.* | ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

After considering the motion of Michael Parker to withdraw as counsel of record for Defendant Oleg Deripaska in the above captioned matter, the Court:

GRANTS the motion and orders that Michael Parker is withdrawn as attorney of record for Defendant Oleg Deripaska for this case. All notices, orders, correspondence, and other papers in connection with this action shall no longer be served on Michael Parker via the ECF system.

Dated: _____

SO ORDERED:

_____
P. Kevin Castel, United States District Judge
Southern District of New York