UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br>      - v. - <br> OLEG VLADIMIROVICH DERIPASKA, et al., <br>          Defendants. | **NOTICE OF APPEARANCE** <br><br> 22 Cr. 518 (PKC) |

      PLEASE TAKE NOTICE that Robert J. Anello hereby appears as counsel for Defendant Natalia Bardakova in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

      I certify that I am admitted to practice before this Court.

Dated: November 3, 2023
       New York, New York

                                              MORVILLO ABRAMOWITZ
                                              GRAND IASON & ANELLO, P.C.
                                              By:   /s/ Robert J. Anello
                                                        Robert J. Anello
                                                        565 Fifth Avenue
                                                        New York, NY 10017
                                                        Tel: (212) 856-9600
                                                        ranello@maglaw.com

                                                        *Attorney for Defendant*
                                                        *Natalia Bardakova*