UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  - v. -<br><br>OLEG VLADIMIROVICH DERIPASKA,<br>et al.,<br><br>            Defendants. | **NOTICE OF APPEARANCE**<br><br>22 Cr. 518 (PKC) |

    PLEASE TAKE NOTICE that Brian A. Jacobs hereby appears as counsel for Defendant Natalia Bardakova in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

    I certify that I am admitted to practice before this Court.

Dated: November 3, 2023
       New York, New York

                         MORVILLO ABRAMOWITZ
                         GRAND IASON & ANELLO, P.C.
                         By:   /s/ Brian A. Jacobs
                                Brian A. Jacobs
                                565 Fifth Avenue
                                New York, NY 10017
                                Tel: (212) 856-9600
                                bjacobs@maglaw.com

                                *Attorney for Defendant*
                                *Natalia Bardakova*