UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   - v. -<br><br>OLEG VLADIMIROVICH DERIPASKA,<br>et al.,<br><br>                    Defendants. | **NOTICE OF APPEARANCE**<br><br>22 Cr. 518 (PKC) |

PLEASE TAKE NOTICE that Courtney D. Morphet hereby appears as counsel for Defendant Natalia Bardakova in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: November 3, 2023
       New York, New York

                              MORVILLO ABRAMOWITZ
                              GRAND IASON & ANELLO, P.C.
                              By:    /s/ Courtney D. Morphet
                                     Courtney D. Morphet
                                     565 Fifth Avenue
                                     New York, NY 10017
                                     Tel: (212) 856-9600
                                     cmorphet@maglaw.com

                                     *Attorney for Defendant*
                                     *Natalia Bardakova*