UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) **NOTICE OF MOTION** |
| - v. - | ) ) 22 Cr. 518 (PKC) |
| OLEG VLADIMIROVICH DERIPASKA, et al., | ) ) ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Natalia Bardakova, through her undersigned counsel, respectfully moves this Court before the Honorable P. Kevin Castel, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Indictment. Ms. Bardakova requests oral argument on this Motion.

Dated: November 3, 2023
       New York, New York

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO, P.C.
By:   /s/ Robert J. Anello
      Robert J. Anello
      Brian A. Jacobs
      Courtney D. Morphet
      565 Fifth Avenue
      New York, NY 10017
      Tel: (212) 856-9600

      *Attorneys for Defendant*
      *Natalia Bardakova*