# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 15, 2023

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

>    Re:   United States of America v. Oleg Vladimirovich Deripaska, et al., 22-CR-00518 (PKC)

Dear Judge Castel:

I represent defendant Natalia Bardakova in the above-referenced matter. On November 3, 2023, on behalf of Ms. Bardakova, I filed a motion to dismiss the indictment. *See* Dkt. No. 34. Since then, I have conferred with AUSA Vladislav Vainberg regarding a briefing schedule. On behalf of both parties, I respectfully request that the Court permit the government to file its brief in opposition to the motion to dismiss on December 21, 2023, and Ms. Bardakova to file her reply brief on January 18, 2024. If this schedule is acceptable to the Court, the parties respectfully request that the Court "so order" this letter. Because Ms. Bardakova is not in the United States, the Speedy Trial clock has not yet begun to run. *See* 18 U.S.C. § 3161(c)(1). I thank the Court for its attention to this matter.

>    Respectfully submitted,
>
>    MORVILLO ABRAMOWITZ
>     GRAND IASON & ANELLO P.C.
>
>    By: /s/ Robert J. Anello
>            Robert J. Anello
>
>    *Counsel to Defendant Natalia Bardakova*

cc: AUSA Vladislav Vainberg (by email)