UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OLEG VLADIMIROVICH DERIPASKA, OLGA SHRIKI, NATALIA MIKHAYLOVNA BARDAKOVA, and EKATERINA OLEGOVNA VORONINA,<br><br>Defendants. | No. 22-cr-00518-PKC<br><br>**APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Eric L. Lewis, Esq., an attorney at Lewis Baach Kaufmann Middlemiss pllc, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Oleg Vladimirovich Deripaska.

Dated:  December 1, 2023

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

BY:  /s/ Eric L. Lewis
Eric L. Lewis (NY Bar No. 2576718)
1050 K Street, NW
Suite 400
Washington, DC 20001
Tel: (202) 833-8900
Fax: (202) 466-5738
*eric.lewis@lbkmlaw.com*