UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OLEG VLADIMIROVICH DERIPASKA, OLGA SHRIKI, NATALIA MIKHAYLOVNA BARDAKOVA, and EKATERINA OLEGOVNA VORONINA,<br><br>Defendants. | No. 22-cr-00518-PKC<br><br>**APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Solomon B. Shinerock, Esq., an attorney at Lewis Baach Kaufmann Middlemiss pllc, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant Oleg Vladimirovich Deripaska.

Dated: December 1, 2023

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

BY:  /s/ Solomon B. Shinerock
Solomon B. Shinerock (NY Bar #4764833)
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
Tel: (212) 822-0165
Fax: (212) 826-7146
*solomon.shinerock@lbkmlaw.com*