UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OLEG VLADIMIROVICH DERIPASKA, OLGA SHRIKI, NATALIA MIKHAYLOVNA BARDAKOVA, and EKATERINA OLEGOVNA VORONINA,<br><br>                              Defendants. | No. 22-cr-00518-PKC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To: Attorney Services Clerk and All Parties of Record

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change for undersigned counsel.

New mailing address:     10 Grand Central
                         155 East 44th Street
                         25th Floor
                         New York, New York 10017

All other contact information for the undersigned remains unchanged.

Dated:   January 11, 2024          Respectfully submitted,
         New York, New York
                                   LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

                                   By: s/ Solomon B. Shinerock
                                       Solomon B. Shinerock
                                         (SDNY No. SS5855, NY Bar No. 4764833)
                                       10 Grand Central
                                       155 East 44th Street
                                       25th Floor
                                       New York, New York 10017
                                       (212) 826-7001

                                       *Counsel for Defendant Oleg Vladimirovich Deripaska*