AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cr-5018 (PKC) |
| Oleg Deripaska, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 09/16/2025

/s/ Jennifer Jude
*Attorney's signature*

Jennifer Jude
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, 3rd floor
New York, NY 10007
*Address*

jennifer.jude@usdoj.gov
*E-mail address*

(212) 637-2663
*Telephone number*

(212) 637-2686
*FAX number*